

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00334-CV

**IN RE** Tina Marie Allen **SOUZA**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice
              Jason Pulliam, Justice

Delivered and Filed: June 3, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On May 29, 2015, relator Tina Marie Allen Souza filed a petition for writ of mandamus with an emergency motion to stay proceedings in the trial court pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the emergency motion to stay are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2003-PA-01721, styled *In the Interest of T.R.A., A Child*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Peter A. Sakai presiding.